UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. MJ08-330 |
| | ) | |
| v. | ) | |
| | ) | |
| ENRICO MARCELL POINTS, | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

<u>Offenses charged</u>:

  Count 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1).

<u>Date of Detention Hearing</u>: July 22, 2008

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  (1) Defendant is subject to a warrant from Texas.

  (2) Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

  (3) There are no conditions or combination of conditions other than detention that

01 will reasonably assure the appearance of defendant as required or ensure the safety of the

02 community.

03       IT IS THEREFORE ORDERED:

04    (1)    Defendant shall be detained pending trial and committed to the custody of the

05            Attorney General for confinement in a correctional facility separate, to the

06            extent practicable, from persons awaiting or serving sentences or being held in

07            custody pending appeal;

08    (2)    Defendant shall be afforded reasonable opportunity for private consultation

09            with counsel;

10    (3)    On order of a court of the United States or on request of an attorney for the

11            government, the person in charge of the corrections facility in which defendant

12            is confined shall deliver the defendant to a United States Marshal for the

13            purpose of an appearance in connection with a court proceeding; and

14    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

15            counsel for the defendant, to the United States Marshal, and to the United

16            States Pretrial Services Officer.

17       DATED this 22nd day of July, 2008.

18

19                         *James P. Donohue*

20                     JAMES P. DONOHUE

                        United States Magistrate Judge

21

22

23

24

25

26

DETENTION ORDER            15.13
18 U.S.C. § 3142(i)           Rev. 1/91
PAGE 2